JOSÉ R. ALLEN, State Bar No. 122742
MATTHEW S. PAIK, State Bar No. 267719
PRO BONO COUNSEL
525 University Avenue, Suite 1400
Palo Alto, CA 94301
Telephone: (650) 470-4500
Fax: (650) 470-4570
jose.allen@probonolaw.com
matthew.paik@probonolaw.com

ELIZABETH KRISTEN, State Bar No. 218227
JULIA PARISH, State Bar No. 279065
THE LEGAL AID SOCIETY-EMPLOYMENT LAW CENTER
180 Montgomery Street, Suite 600
San Francisco, CA  94104
Telephone: (415) 864-8848
Fax:  (415) 593-0096
ekristen@las-elc.org
jparish@las-elc.org

ATTORNEYS FOR PLAINTIFFS

# IN THE UNITED STATES DISTRICT COURT

# FOR THE NORTHERN DISTRICT OF CALIFORNIA

# SAN FRANCISCO DIVISION

| | |
|---|---|
| Marcela Torres and Maria Altamirano,<br><br>Plaintiffs,<br><br>v.<br><br>William Mayorga, also known as Tony Mayorga; Cesar Aguilar; also known as Cesar Aguilar Mejia and/or Cesar Mejia and/or his estate; Jose Vallejo, also known as Ricardo Vallejo; Club 26 Mix,<br><br>Defendants. | CASE NO.  CV 13-1164-DMR<br><br>*AMENDED*<br>**JOINT STIPULATION AND ORDER (AS MODIFIED)** |

Stipulation and Order
Case No. CV 13-1164-DMR                                                                                              Page 1

1  Plaintiffs Marcela Torres and Maria Altamirano ("Plaintiffs") and Defendants William
2  Mayorga, Jose Vallejo and Club 26 Mix ("Defendants") jointly submit the following stipulation
3  and [proposed] order.
4  WHEREAS, pursuant to this Court's ADR rules, the parties agreed to and engaged in
5  private mediation and negotiated a confidential Settlement Agreement, on October 24, 2013;
6  WHEREAS, the settlement payments are to be made within 30 days and then monthly by
7  Defendants over a period of fourteen (14) months, with the first payment due January 15, 2014
8  and the last payment due February 15, 2015;
9  IT IS HEREBY AGREED, STIPULATED, AND REQUESTED that the Court postpone
10 the Case Management Conference set for November 6, 2013 until after January 15, 2014.  At
11 that time, plaintiffs anticipate dismissing their case.
12 IT IS SO STIPULATED, THROUGH COUNSEL OF RECORD.

DATED: October 30, 2013              BY:    /s/ Elizabeth Kristen_____
                                            Elizabeth Kristen
                                            Attorney for Plaintiffs

DATED: October 30, 2013              BY:    /s/ Jonathan Piper_____
                                            Jonathan Piper
                                             Attorney for Defendants

Pursuant to General Order No. 45 X. (B), I attest that concurrence in the filing of this document has been obtained from Defendants' counsel.

Dated:   October 30, 2013             THE LEGAL AID SOCIETY -
                                      EMPLOYMENT LAW CENTER

                              By:     /s/ Elizabeth Kristen
                                      Elizabeth Kristen
                                      Attorney for Plaintiffs

1 **ORDER (AS MODIFIED)**

2    The court, having reviewed the stipulation of the parties, and being familiar with the

3 record of this case, will postpone the Further Case Management Conference until

4 February 5, 2014 at 1:30 p.m.  Updated Joint Case Management Conference Statement is due by

5 no later than January 29, ~~2013~~ 2014.

6

7 DATED:  November 1, 2013                    BY: _____
                                                HONORABLE DONNA M. RY
8                                                United States District Court

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28 Stipulation and Order
   Case No. CV 13-1164-DMR                                                           Page 4