JOSE R. ALLEN, State Bar No. 122742
MATTHEW S. PAIK, State Bar No. 267719
PRO BONO COUNSEL
525 University Avenue, Suite 1400
Palo Alto, CA 94301
Telephone: (650) 470-4500
Fax: (650) 470-4570
jose.allen@probonolaw.com
matthew.paik@probonolaw.com

ELIZABETH KRISTEN, State Bar No. 218227
JULIA PARISH, State Bar No. 279065
THE LEGAL AID SOCIETY-
EMPLOYMENT LAW CENTER
180 Montgomery Street, Suite 600
San Francisco, CA 94104
Telephone: (415) 864-8848
Fax: (415) 593-0096
ekristen@las-elc.org
jparish@las-elc.org

Attorneys for Plaintiffs

Jonathan Piper
LIPTON & PIPER, LLP
870 Market Street, #945
San Francisco, CA 94102
Telephone:   (415) 362-6286
Fax:         (415) 362-6819
jon@liptonpiper.com

Attorney for Defendants

# THE UNITED STATES DISTRICT COURT

# FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Marcela Torres and Maria Altamirano,<br><br>Plaintiffs,<br><br>v.<br><br>William Mayorga, also known as Tony Mayorga; Cesar Aguilar; also known as Cesar Aguilar Mejia and/or Cesar Mejia and/or his estate; Jose Vallejo, also known as Ricardo Vallejo; Club 26 Mix,<br><br>Defendants. | Case No.  CV 13-1164-DMR<br><br>**STIPULATION FOR DISMISSAL WITH PREJUDICE** |

Pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, the parties to this action, through their undersigned counsel, hereby stipulate to the dismissal of this action with prejudice.

DATED: ___3/5/14_____     ___/s/__ Julia Parish_____
                                              Attorneys for Plaintiff

DATED: ___3/5/14_____     ___/s/__ Jon Piper_____
                                              Attorneys for Defendants

Pursuant to General Order No. 45 X. (B), I attest that concurrence in the filing of this document has been obtained from Defendants' counsel.

Dated:   March 5, 2014               Julia Parish
                                     THE LEGAL AID SOCIETY
                                     EMPLOYMENT LAW CENTER


                             By:     /s/ Julia Parish
                                     JULIA PARISH
                                     Attorney for Plaintiffs

IT IS SO ORDERED.

Dated: _____, 2014

                                                                             _____
Honorable Donna Ryu
United States District Court